Circuit. Certiorari granted. *Solicitor General Sobeloff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Owsley Vose* for petitioner. *Arthur J. Goldberg, David E. Feller* and *Benjamin Wyle* for respondents. *Henry E. Seyfarth* and *Jerome Powell* filed a brief for the Personal Products Corporation, as *amicus curiae,* urging that the petition be granted.

No. 702. NILVA *v.* UNITED STATES. C. A. 8th Cir. Certiorari granted. *Eugene Gressman* and *John W. Graff* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 667. TRACTOR TRAINING SERVICE ET AL. *v.* FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied. *McDannell Brown* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Earl W. Kintner* and *Robert B. Dawkins* for respondent.

No. 684. MICHIGAN WISCONSIN PIPE LINE CO. *v.* PHILLIPS PETROLEUM CO. ET AL. C. A. 10th Cir. Certiorari denied. *Charles V. Shannon* and *Arthur R. Seder, Jr.* for petitioner. *Rayburn L. Foster, Harry D. Turner* and *Kenneth Heady* for the Phillips Petroleum Co., respondent.

No. 686. TONTY *v.* PENNSYLVANIA. Superior Court and the Supreme Court of Pennsylvania, Western District. Certiorari denied. *Charles J. Margiotti* and *Edward E. Petrillo* for petitioner.